

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Daniel Staroselsky
(202) 551-5774
StaroselskyD@sec.gov

June 27, 2017

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *SEC v. Wyly* (No. 15-2821); availability for oral argument

Dear Ms. Wolfe:

As counsel for the appellee, Securities and Exchange Commission, I write to update the Court about my unavailability for oral argument during the 2017 Term.  I am presently unavailable September 6-7, 2017, due to an oral argument that I am scheduled to present on September 7, 2017, in *Timbervest, LLC v. SEC* (D.C. Cir. 15-1416).  I will update the Court if my availability for oral argument changes.  Thank you for your consideration.

Respectfully submitted,

/s/ Daniel Staroselsky
Daniel Staroselsky