**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-2821

**Caption [use short title]**

**Motion for:** Hold Appeal In Abeyance

SEC v. Miller

Set forth below precise, complete statement of relief sought:

Appellant seeks to hold the pending appeal in abeyance while the parties attempt to finalize a tentative settlement that would resolve this appeal.

**MOVING PARTY:** Donald R. Miller Jr. as Executor of the Estate of Charles J. Wyly Jr.
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** SEC

**MOVING ATTORNEY:** Kathleen M. Sullivan
**OPPOSING ATTORNEY:** Daniel Staroselsky
[name of attorney, with firm, address, phone number and e-mail]

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7000; kathleensullivan@quinnemanuel.com

100 F Street, N.E.
Washington, DC
202-551-5774; StaroselskyD@sec.gov

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Oetken)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
s/ Kathleen M. Sullivan   **Date:** August 3, 2017   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# 15–2821-cv

**In the**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

◆◆◆

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

–v.–

DONALD R. MILLER, JR., IN HIS CAPACITY AS THE INDEPENDENT EXECUTOR OF THE WILL AND ESTATE OF CHARLES J. WYLY, JR., AKA CHARLES J. WYLY, JR.,

*Defendant-Relief Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## MOTION TO HOLD APPEAL IN ABEYANCE

Mark H. Hatch-Miller
SUSMAN GODFREY LLP
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
(212) 336-8330

Kathleen M. Sullivan
Ellyde R. Thompson
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Derek L. Shaffer
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

*Attorneys for Appellant*

August 3, 2017

Appellant Donald R. Miller, Jr., as Independent Executor of the Estate of Charles J. Wyly, Jr., respectfully submits this motion to hold the pending appeal in abeyance until such time as the parties can finalize a tentative settlement that would resolve this appeal and permit its voluntary dismissal. Plaintiff-Appellee the United States Securities and Exchange Commission ("SEC") consents to this motion.

1. This appeal concerns a final judgment in an SEC civil enforcement action filed in 2010 covering conduct dated back to the 1990s. Following a jury trial on liability and two bench trials at the remedy phase, the U.S. District Court for the Southern District of New York entered a final judgment that credits the majority of the payments made pursuant to the judgment toward Appellant's outstanding tax liabilities.

2. The Estate is currently litigating the extent of its tax liabilities in several proceedings involving the Department of Justice. On June 29, 2017, Appellant and representatives of the Department of Justice participated in a mediation that resulted in a tentative settlement proposal. The mediation was presided over by Christopher Nolland in Dallas, Texas. Based on preliminary discussions, the parties and mediator believe that a settlement can be reached resolving Appellant's tax liabilities; they further believe that the SEC would recommend approval of a corresponding settlement in this case.

3. The parties in all relevant litigations need additional time to finalize the terms of the relevant settlements and to present them for approval at higher levels within the respective government agencies. If approved, these settlements would result in dismissal of the pending appeal. If not approved, the parties would advise the Court of the need to proceed with the appeal. Accordingly, Appellant respectfully requests that the Court hold the appeal in abeyance to allow settlement negotiations to continue. The SEC consents to this motion.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that the Court hold the appeal in abeyance pending finalization of a global settlement that would resolve this appeal.

DATED: August 3, 2017  QUINN EMANUEL URQUHART &
         New York, New York  SULLIVAN, LLP


By <u>/s/ Kathleen M. Sullivan</u>
Kathleen M. Sullivan
Ellyde R. Thompson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Derek L. Shaffer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

Mark H. Hatch-Miller
SUSMAN GODFREY, L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
(212) 336-8330

*Attorneys for Appellant*

3