# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand and seventeen.

U.S. Securities and Exchange Commission,

    Plaintiff - Appellee,

v.

Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., AKA Charles J. Wyly, Jr.,

    Defendant - Relief Defendant – Appellant.

**ORDER**

Docket No. 15-2821

      Appellant filed a motion to hold this appeal in abeyance while the parties attempt to finalize a tentative settlement that would resolve this appeal and permit its voluntary dismissal. Appellee consents to the motion.

      IT IS HEREBY ORDERED that the motion to hold the appeal in abeyance is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

